# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-900-038

EFFECTIVE DATE OF REGISTRATION

**JAN 0 9 2004**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Word 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work : computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003    ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003    Nation ▶ U.S.A.

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
**JAN 0 9 2004**

ONE DEPOSIT RECEIVED

**JAN 0 9 2004**

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

**EXHIBIT 8-1**

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY [signature]                          FORM TX

CHECKED BY

CORRESPONDENCE                                   FOR
☐ Yes                                          COPYRIGHT
                                                 OFFICE
                                                  USE
                                                  ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼
TX 5-321-425                                      2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous version & files copyrighted by various third parties

See instructions
before completing
this space

Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼
Microsoft Corporation                             DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104       Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                    Date ▶ 1-07-04

Handwritten signature (X) ▼
[signature]

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:
Name ▼   Microsoft Corporation, ATTN: Judy Weston
         Law and Corporate Affairs

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
         One Microsoft Way

City/State/ZIP ▼
         Redmond, WA 98052

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright
with the application, shall be fined not more than $2,500.
December 1998—55,000                ⊕ PRINTED ON RECYCLED PAPER                     U.S. GOVERNMENT PRINTING OFFICE
                                                                                     statement filed in connection.

**EXHIBIT 8-2**

# EXHIBIT 9

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG: **TX 5-837-518**

EFFECTIVE DATE OF REGISTRATION

12 1 03

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Publisher 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

---

**2**

**a**
**NAME OF AUTHOR ▼**
Microsoft Corporation

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶_____
   ⎱ Domiciled in ▶_____

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶_____
   ⎱ Domiciled in ▶_____

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶_____
   ⎱ Domiciled in ▶_____

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◄Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 21   Year ▶ 2003
Nation ▶ U S A   ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
DEC 01 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 01 2003
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**EXHIBIT 9-1**

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TX 5-321-424   **Year of Registration** ▼ 2001

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a  Previous version & files copyrighted by various third parties

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Additional programming text, additional written text, and editorial revisions

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  **Name** ▼ Microsoft Corporation   **Account Number** ▼ DA063819

b  CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
   Microsoft Corporation, ATTN  Judy Weston
   One Microsoft Way
   Redmond, WA 98052
   Area code and daytime telephone number ▶ (425) 706-9104    Fax number ▶ (425) 936-7329
   Email ▶ judywe@microsoft.com

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K K Weston                                    Date ▶ 11-11-03

Handwritten signature (X) ▼
X

**9** Mail certificate to
**Name** ▼ Microsoft Corporation, ATTN. Judy Weston
Law and Corporate Affairs
**Number/Street/Apt** ▼ One Microsoft Way
**City/State/ZIP** ▼ Redmond, WA 98052

Certificate will be mailed in window envelope

EXHIBIT 9-2

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application, shall be fined not more than $2,500.

# EXHIBIT 10

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236
Registered Jul. 6, 1982

## TRADEMARK
## SERVICE MARK
Principal Register

## MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

**EXHIBIT 10**

# EXHIBIT 11



718964

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**March 11, 2004**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,256,083* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *November 01, 1983*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *MICROSOFT CORPORATION*
  *A WA CORP*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

E. BURNETT
Certifying Officer

**EXHIBIT 11-1**

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,256,083
Registered Nov. 1, 1983

## TRADEMARK
Principal Register

# MICROSOFT

Microsoft Corporation (Washington corporation).
10700 Northup Way
Bellevue, Wash. 98004

For COMPUTER HARDWARE AND SOFT-
WARE MANUALS; NEWSLETTER FEATUR-
ING INFORMATION ABOUT COMPUTER
HARDWARE AND SOFTWARE AND GENER-
AL INFORMATION RELATING TO COMPUT-
ERS FOR MANUFACTURERS, DISTRIBUTORS,
AND USERS OF COMPUTERS AND COMPUT-
ER SOFTWARE; AND COMPUTER DOCUMEN-
TATION—NAMELY, REFERENCE, USER,
INSTRUCTIONAL, AND GENERAL UTILITIES
MANUALS AND DATA SHEETS FOR COM-
PUTER HARDWARE AND SOFTWARE USERS,
in CLASS 16 (U.S. Cl. 38).

First use Nov. 1975; in commerce Nov. 1975.

Ser. No. 373,992, filed Jul. 12, 1982.

J. H. WEBB, Examining Attorney

EXHIBIT 11-2

# EXHIBIT 12



718964

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 11, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,872,264* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 10, 1995*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:
    *MICROSOFT CORPORATION*
    *A WASHINGTON CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. K. HAWKINS
Certifying Officer

**EXHIBIT 12-1**



Int. Cl.: 9

Prior U.S. Cl.: 38

**Reg. No. 1,872,264**

# United States Patent and Trademark Office

Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANU-ALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10-18-1983; IN COMMERCE 10-18-1983.

SEC. 2(F).

SER. NO. 74-090,419, FILED 8-20-1990.

ESTHER BELENKER, EXAMINING ATTOR-NEY

**EXHIBIT 12-2**

EXHIBIT 13



736445

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

May 19, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,816,354* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 11, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 11, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *MICROSOFT CORPORATION*
   *A WASHINGTON CORP*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. LAWRENCE
Certifying Officer

**EXHIBIT 13-1**



Int. Cl.: 9

Prior U.S. Cls.: 26 and 38

## United States Patent and Trademark Office

Reg. No. 1,816,354
Registered Jan. 11, 1994

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTERS AND PARTS THEREFOR, COMPUTER PERIPHERALS, AND COMPUTER PROGRAMS AND MANUALS THEREFOR, SOLD AS A UNIT FOR USE IN WINDOWING APPLICATIONS, IN CLASS 9 (U.S. CLS. 26 AND 38).

FIRST USE 9-1-1991; IN COMMERCE 9-1-1991.

THE MARK COMPRISES A STYLIZED DESIGN OF A CONTRIVED FLAG.

SN 74-193,768, FILED 8-12-1991.

G. T. GLYNN, EXAMINING ATTORNEY

**EXHIBIT 13-2**

# EXHIBIT 14



728964

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME?

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

March 11, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,815,350* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *January 04, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 04, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *MICROSOFT CORPORATION*
  *A WASHINGTON CORP*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. K. HAWKINS
Certifying Officer

**EXHIBIT 14-1**



Int. Cl.: 9

Prior U.S. Cls.: 26 and 38

## United States Patent and Trademark Office

Reg. No. 1,815,350
Registered Jan. 4, 1994

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTERS AND PARTS THEREFOR, COMPUTER PERIPHERALS, AND COMPUTER PROGRAMS AND MANUALS THEREFOR, SOLD AS A UNIT FOR USE IN WINDOWING APPLICATIONS, IN CLASS 9 (U.S. CLS. 26 AND 38).

FIRST USE 9-1-1991; IN COMMERCE 9-1-1991.

THE DRAWING IS LINED FOR THE COLORS, RED, GREEN, YELLOW AND BLUE AND APPLICANT CLAIMS THESE COLORS AS INHERENT FEATURES OF THE MARK.

THE MARK COMPRISES A STYLIZED DESIGN OF A CONTRIVED FLAG.

SN 74-198,771, FILED 8-28-1991.

G. T. GLYNN, EXAMINING ATTORNEY

**EXHIBIT 14-2**