EXHIBIT 15



Nº 1475795

## THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this ninth day of February, 1988.

Commissioner of Patents and Trademarks

**EXHIBIT 15-1**

Prior U.S. Cl.: 38

Reg. No. 1,475,795
d Feb. 9, 1988

Int. Cl.: 9

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

Corrected

## TRADEMARK
## PRINCIPAL REGISTER

### POWERPOINT

MICROSOFT CORPORATION (DELAWARE CORPORATION)
BOX 97017
16011 NE WAY
REDMOND, WA 930739717, ASSIGNEE OF FORETHOUGHT, INC. (CALIFORNIA CORPORATION) SUNNYVALE, CA

FOR: PRERECORDED COMPUTER PROGRAMS RECORDED ON MAGNETIC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE 4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.

COMMERC

987.

DNING ATTC



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**EXHIBIT 15-2**

# EXHIBIT 16



Nº 1741086

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed thi twenty-second day of December 1992.

**EXHIBIT 16-1**

Int. Cl.: 9

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**  Reg. No. 1,741,086
Registered Dec. 22, 19..

## TRADEMARK
### PRINCIPAL REGISTER

## MICROSOFT ACCESS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE WITH DATA BASES AND MANUALS THEREFOR, SOLD AS A UNIT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 9-19-1985; IN COMMERCE 9-19-1985.

OWNER OF U.S. REG. NOS. 1,200,236, 1,682, AND OTHERS.

SER. NO. 74-272,857, FILED 5-6-1992.

KATHLEEN COONEY, EXAMINING ATTORNEY

EXHIBIT 16-2

EXHIBIT 17



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 1,982,562

**United States Patent and Trademark Office**   Registered June 25, 1996

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE IN ACCOUNTING, WORD PROCESSING, DESKTOP PUBLISHING, ELECTRONIC SPREADSHEETS, GRAPHICS, DRAWING, ADDRESS STORAGE AND RETRIEVAL, CREATION OF MULTIMEDIA PRESENTATIONS, CHARTING, DATABASE ACCESS, CONNECTING MAINFRAME AND OTHER COMPUTERS, COMPUTER AIDED DESIGN AND DRAFTING, OPTICAL CHARACTER RECOGNITION, USER TRAINING, INVESTMENT ANALYSIS, HUMAN RESOURCE MANAGEMENT, UTILITY PROGRAMS AND INSTRUCTION MANUALS SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-10-1995; IN COMMERCE 5-10-1995.

SER. NO. 74-699,744, FILED 7-11-1995.

JOHN TANG, EXAMINING ATTORNEY

**EXHIBIT 17**

EXHIBIT 18

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,744,843
Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE, THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

**EXHIBIT 18**

<u>EXHIBIT 19</u>

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,188,125
Registered Sep. 8, 1998

## TRADEMARK
PRINCIPAL REGISTER

### OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052-6399 MICROSOFT CORPORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PROVIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MANAGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MESSAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNICATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MANAGING GROUP CALENDARS, TASK DELEGATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATA BASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK PROGRAMS, TELEPHONE DIALING PROGRAMS, PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS, PROGRAMS FOR TALLYING VOTING RESPONSES; AND INSTRUCTION MANUALS THEREFOR SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTORNEY

**EXHIBIT 19**