# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MICROSOFT CORPORATION

**DEFENDANTS**

EDIRECTSOFTWARE: Jesse Willms Linda Willms; 1016363 Alberta Ltd; and 1021810 Alberta Ltd

**(b)** County of Residence of First Listed Plaintiff King, Washington
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Crowley Haughey Hanson Toole & Dietrich
490 N 31st St.,Billings, MT 59103, 406-252-3441

Attorneys (If Known)

CV-06-53-BLG-RWA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. §101 et seq., and 15 U.S.C. § 1051 et seq.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE March 27, 2006

SIGNATURE OF ATTORNEY OF RECORD
Renee L. Coppock

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

_AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of           Montana

MICROSOFT CORPORATION, a Washington
corporation,

                       Plaintiff,                       **SUMMONS IN A CIVIL CASE**

                  v.

EDIRECTSOFTWARE, et al.,           CIVIL CASE NO.: CV-06-53 - BLG · RWA

                  Defendants.

TO:     EDIRECTSOFTWARE
        79 Charlton Road
        Sherwood Park, Alberta T8H 1R5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee L. Coppock
CROWLEY HAUGHEY HANSON
   TOOLE & DIETRICH PLLP
500 Transwestern Plaza II
490 North 31st Street
Billings, MT 59103-2529
(406) 252-3441
(406) 259-4159 (Fax)

Scott T. Wilsdon
YARMUTH WILSCON CALFO PLLC
925 Fourth Ave., Suite 2500
Seattle, Washington 98104
(206) 516-3800
(206) 516-3888 (Fax)

an answer to the complaint which is herewith served upon you, within      20      days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of
this Court within a reasonable period of time after service.

CLERK      Patrick E. Duffy     (COURT SEAL)     DATE     MAR 2 7 2006

(By) DEPUTY CLERK     J. Harris

_AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on
               Date               *Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Montana _____

MICROSOFT CORPORATION, a Washington corporation,

        Plaintiff,

        v.

EDIRECTSOFTWARE, et al.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CIVIL CASE NO.: CV-06-53-BLG-RWT

TO:    Jesse Willms
       79 Charlton Road
       Sherwood Park, Alberta T8H 1R5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee L. Coppock
CROWLEY HAUGHEY HANSON
   TOOLE & DIETRICH PLLP
500 Transwestern Plaza II
490 North 31st Street
Billings, MT 59103-2529
(406) 252-3441
(406) 259-4159 (Fax)

Scott T. Wilsdon
YARMUTH WILSCON CALFO PLLC
925 Fourth Ave., Suite 2500
Seattle, Washington 98104
(206) 516-3800
(206) 516-3888 (Fax)

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    **Patrick E. Duffy**

(By) DEPUTY CLERK    **J. Harris**

COURT SEAL

DATE    MAR 2 7 2006

_AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| | DATE | |

Service of the Summons and complaint was made by me[1)]

NAME OF SERVER *(PRINT)*  TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date  *Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COPY

_AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of                      Montana

MICROSOFT CORPORATION,  a Washington
corporation,

                    Plaintiff,                                **SUMMONS IN A CIVIL CASE**

                    v.

EDIRECTSOFTWARE, et.al.,                        CIVIL CASE NO.:  CV-06-53-BLG-RWA

                    Defendants.

TO:
        Linda Willms
        79 Charlton Road
        Sherwood Park, Alberta T8H 1R5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee L. Coppock
CROWLEY HAUGHEY HANSON                Scott T. Wilsdon
    TOOLE & DIETRICH PLLP                     YARMUTH WILSCON CALFO PLLC
500 Transwestern Plaza II                      925 Fourth Ave., Suite 2500
490 North 31st Street                             Seattle, Washington 98104
Billings, MT 59103-2529                          (206) 516-3800
(406) 252-3441                                       (206) 516-3888  (Fax)
(406) 259-4159 (Fax)

an answer to the complaint which is herewith served upon you, within             20             days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

CLERK        **Patrick E. Duffy**          (COURT SEAL)        DATE        MAR 2 7 2006

(By) DEPUTY CLERK              J. Harris

_AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|

Service of the Summons and complaint was made by me[1)]

NAME OF SERVER *(PRINT)*

DATE

TITLE

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

_AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of                            Montana

MICROSOFT CORPORATION,  a Washington
corporation,

          Plaintiff,                          **SUMMONS IN A CIVIL CASE**

        v.

EDIRECTSOFTWARE, et al.,                CIVIL CASE NO.:   cu -06 -53-BLG -ew 9

          Defendants.

TO:

    1016363 Alberta Ltd.
    79 Charlton Road
    Sherwood Park, Alberta T8H 1R5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

Renee L. Coppock
CROWLEY HAUGHEY HANSON
  TOOLE & DIETRICH PLLP
500 Transwestern Plaza II
490 North 31st Street
Billings, MT 59103-2529
(406) 252-3441
(406) 259-4159 (Fax)

Scott T. Wilsdon
YARMUTH WILSCON CALFO PLLC
925 Fourth Ave., Suite 2500
Seattle, Washington 98104
(206) 516-3800
(206) 516-3888  (Fax)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

CLERK    **Patrick E. Duffy**    (COURT SEAL)    DATE    MAR 2 7 2006

(By) DEPUTY CLERK    J. Harris

_AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____


☐ Other (specify): _____


---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on

               Date             *Signature of Server*



                                    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

_AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Montana _____

MICROSOFT CORPORATION, a Washington
corporation,

               Plaintiff,                    **SUMMONS IN A CIVIL CASE**

               v.

EDIRECTSOFTWARE, et al.,           CIVIL CASE NO.:  CV-06-53-BLG-RWA

             Defendants.

TO:

    1021018 Alberta Ltd.
    79 Charlton Road
    Sherwood Park, Alberta T8H 1R5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Renee L. Coppock
CROWLEY HAUGHEY HANSON
  TOOLE & DIETRICH PLLP
500 Transwestern Plaza II
490 North 31st Street
Billings, MT 59103-2529
(406) 252-3441
(406) 259-4159 (Fax)

Scott T. Wilsdon
YARMUTH WILSCON CALFO PLLC
925 Fourth Ave., Suite 2500
Seattle, Washington 98104
(206) 516-3800
(206) 516-3888 (Fax)

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

CLERK    **Patrick E. Duffy**          DATE    MAR **2 7** 2006

(By) DEPUTY CLERK    **J. Harris**

_AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| | DATE | |

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)*                                    TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date                  *Signature of Server*


*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

425.09 gc244502