Robert C. Griffin
Reneé L. Coppock
CROWLEY HAUGHEY HANSON
TOOLE & DIETRICH PLLP
490 North 31st Street, Suite 500
Billings, Montana 59103-2529
(406) 252-3441
(406) 259-4159 (Facsimile)

Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
(206) 516-3800
(206) 516-3888 (Facsimile)

Attorneys for Plaintiff Microsoft Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDIRECTSOFTWARE, a Canadian partnership; JESSE WILLMS; LINDA WILLMS; DAVE WILLMS; 1016363 ALBERTA LTD., a Canadian corporation; 1021018 ALBERTA LTD., a Canadian corporation; and JOHN DOES 1-10,<br><br>Defendants. | No. CV-06-53-BLG-RFC<br><br>JOINT MOTION FOR ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED and agreed by and among Plaintiff Microsoft

Corporation ("Microsoft") and Defendants eDirectSoftware, Jesse Willms, Linda Willms,

Dave Willms, 1016363 Alberta Ltd., and 1021018 Alberta Ltd., and each of them

(collectively, "the eDirect Defendants") that the Court enter an Order of Dismissal, without

further notice or process, as follows:

1. Dismissing this action as to the eDirect Defendants with prejudice and without attorneys' fees or costs to Microsoft or the eDirect Defendants; and

2. Continuing jurisdiction by the United States District Court for the District of Montana in this case to the extent necessary to enforce the Permanent Injunction and other agreed orders, and the Settlement Agreement and Release entered into by Microsoft and the eDirect Defendants.

A proposed form of Order of Dismissal is filed herewith.

Dated this 2nd day of February, 2007.

/s/ Robert C. Griffin
Robert C. Griffin
Reneé L. Coppock
CROWLEY HAUGHEY HANSON
TOOLE & DIETRICH PLLP
490 North 31st Street, Suite 500
Billings, Montana 59103-2529
(406) 252-3441
(406) 259-4159 (Facsimile)
rgriffin@crowleylaw.com
rcoppock@crowleylaw.com

/s/ Shane P. Coleman
Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, MT 59101-1200
(406) 252-2166
(406) 252-1669 (Facsimile)
spcoleman@hollandhart.com

/s/ Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
(206) 516-3800
(206) 516-3888 (Facsimile)
wilsdon@yarmuth.com
jjamnback@yarmuth.com

/s/ Paul N. Tauger
Paul N. Tauger (*pro hac vice*)
SCHNADER HARRISON SEGAL &
LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
(415) 365-6700
(415) 364-6785 (Facsimile)
ptauger@schnader.com

Attorneys for Plaintiff Microsoft Corporation

Attorneys for the eDirect Defendants

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 2nd day of February, 2007.

[ ] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[ ] Email
[X] ECF Electronic Filing

Shane P. Coleman
Jason S. Ritchie
HOLLAND & HART
401 North 31st Street, Suite 1500
Billings, MT 59101-1200

[ ] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[ ] Email
[X] ECF Electronic Filing

Robert C. Griffin
CROWLEY HAUGHEY HANSON
TOOLE & DIETRICH P.L.L.P.
490 North 31st Street, Suite 500
Billings, MT 59103-2529

[ ] U.S. Mail
[ ] FedEx
[X] Hand-Delivery
[ ] Facsimile
[ ] Email

Reneé L. Coppock
CROWLEY HAUGHEY HANSON
TOOLE & DIETRICH P.L.L.P.
490 North 31st Street, Suite 500
Billings, MT 59103-2529

[X] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[ ] Email

Paul N. Tauger
SCHNADER HARRISON SEGAL & LEWIS
Suite 2200
One Montgomery Street
San Francisco, CA 94104-5501

[X] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[ ] Email

Ronald J. Ventola
SCHNADER HARRISON SEGAL & LEWIS
Suite 3600
1600 Market Street
Philadelphia, PA 19103-7286

/s/ Robert C. Griffin
Robert C. Griffin
Reneé L. Coppock
CROWLEY HAUGHEY HANSON
TOOLE & DIETRICH PLLP

/s/ Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice*)
John H. Jamnback (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation