FILED
BILLINGS DIV.

2007 FEB 5 PM 3 24

PATRICK E. DUFFY, CLERK
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDIRECTSOFTWARE, a Canadian partnership; JESSE WILLMS; LINDA WILLMS; DAVE WILLMS; 1016363 ALBERTA LTD., a Canadian corporation; 1021018 ALBERTA LTD., a Canadian corporation; and JOHN DOES 1-10,<br><br>Defendants. | No. CV-06-53-BLG-RFC<br><br>ORDER OF DISMISSAL |

The Court having considered the Joint Motion of Plaintiff Microsoft Corporation ("Microsoft") and Defendants eDirectSoftware, Jesse Willms, Linda Willms, Dave Willms, 1016363 Alberta Ltd., and 1021018 Alberta Ltd., and each of them (collectively, "the eDirect Defendants") for an Order of Dismissal, and having reviewed the files and records herein; now therefore, it IT IS HEREBY ORDERED:

(1) this action is dismissed as to the eDirect Defendants with prejudice and without attorneys' fees or costs to Microsoft or the eDirect Defendants; and

(2) the United States District Court for the District of Montana shall retain jurisdiction in this case to the extent necessary to enforce the Permanent

ORDER OF DISMISSAL
CV-06-53-BLG-RFC – Page 1

Injunction and other agreed orders, and the Settlement Agreement and Release entered into by Plaintiff Microsoft and the eDirect Defendants.

Dated this _5th_ day of _February_ 2007.

_____
Richard F. Cebull

United States District Judge